IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

TYRA STEIN, *Personal Representative And Independent Administrator of the Estate of Jack Carter, deceased,*

Plaintiff,

v.

USA,

Defendant.

Case No. 21-cv-544 JPG

## JUDGMENT

The Court having been advised by counsel for the parties that the above action has been settled;

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice and without costs.

**Dated: 1/18/2023**         MONICA A. STUMP, Clerk of Court

                             s/Tina Gray, Deputy Clerk

**Approved:**    *s/J. Phil Gilbert*
                 **J. PHIL GILBERT**
                 **DISTRICT JUDGE**